**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. DEPT. OF JUSTICE

      Plaintiff,                                         No. C 11-02667SI

 v.                                                            **CLERK'S NOTICE**

UNDERSEAL,

      Defendant.
                                              /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, October 18, 2011 @ 2:30 p.m.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: September 20, 2011                      RICHARD W. WIEKING, Clerk



Tracy Torakis
Deputy Clerk