**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. DEPT. OF JUSTICE | No. C 11-02667SI |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| UNDERSEAL, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, October 14, 2011, at 2:30 p.m.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: September 20, 2011                    RICHARD W. WIEKING, Clerk

_____
Tracy Forakis
Deputy Clerk